SEALED  FILED

JUL 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:    )  NO. 1:11-SW-00135 SKO
                                      )
12 26758 Martin Street,               )  APPLICATION AND ORDER
   Madera, CA 93638.                  )  SEALING SEARCH WARRANT AND
13                                    )  AFFIDAVIT
                                      )
14                                    )
                                      )
15                                    )
                                      )
16 _____)

17                    APPLICATION TO SEAL

18      The government requests that the search warrant and affidavit

19 in support of the search warrant be sealed until further order of

20 this Court to protect the integrity of the underlying investigation

21 and to prevent the possible destruction of evidence.

22

23 Dated: July 13, 2011              Respectfully submitted,

24                                   BENJAMIN B. WAGNER
                                     United States Attorney
25
                                     By /s/ Ian L. Garriques
26                                   IAN L. GARRIQUES
                                     Assistant U.S. Attorney
27

28

                                   1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant be sealed until further order of this Court.

DATED: July 13, 2011

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE