```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

FILED

AUG 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO.  1:11-SW-00135 SKO |
| 26758 Martin Street, Madera, CA 93638. | MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The United States of America hereby applies to this Court for an order unsealing the search warrant and affidavit in support of the search warrant previously sealed herein by the Court on July 14, 2011. Due to the execution of the search warrant, the search warrant and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the search warrant and affidavit be unsealed and made public record.

DATED: August 18, 2011          BENJAMIN B. WAGNER
                                United States Attorney

                        By:     /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>26758 Martin Street,<br>Madera, CA 93638. | CASE NO.  1:11-SW-00135 SKO<br><br>ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by order of this Court on July 13, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 8/18/11

_____
UNITED STATES MAGISTRATE JUDGE